UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ASHAUNTE LEKORI HOWARD, | ) |
| Plaintiff, | ) Civil No. _____ |
| v. | ) Removed from the Superior Court of |
| WAL-MART STORES EAST, LP, | ) Walton County, Georgia |
| Defendant. | ) Case No. SUCV2025001768 |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C §§ 1331, 1441, and 1446, Defendant Wal-Mart Stores East, LP ("Defendant" or "Walmart") hereby removes this action from the Superior Court of Walton County, Georgia, where it is currently pending, to the United States District Court for the Middle District of Georgia, Athens Division. The grounds for removal are as follows:

I.  **PROCEDURAL BACKGROUND**

1. On or about August 20, 2025, Plaintiff Ashaunte Lekori Howard ("Plaintiff" or "Howard") filed a civil action in the Superior Court of Walton County,

State of Georgia, which is captioned *Ashaunte Lekori Howard v. Wal-Mart Stores East, LP*, Case No. SUCV2025001768 (the "State Court Action").

2. On October 22, 2025, Plaintiff served Walmart's agent with the Complaint and Summons in the State Court Action.

3. Attached as *Exhibit A* is a copy of the entire record from the State Court Action.

## II. FEDERAL QUESTION JURISDICTION

4. An action filed in state court may be removed to a federal court by a party when the case falls within the original jurisdiction of the federal district courts. 28 U.S.C. § 1441(a).

5. This Court has original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331.

6. The Complaint raises federal questions under 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e, *et al.*), and the Age Discrimination in Employment Act, (29 U.S.C. § 621, *et al.*)  Based on Plaintiff's Complaint, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

### III. VENUE IS PROPER

7. The United States District Court for the Middle District of Georgia embraces the location where the State Court Action was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(b)(2).

### IV. REMOVAL IS TIMELY

8. This Notice of Removal has been filed within 30 days of service of the Complaint in the State Court Action. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1441(a).

### V. FILING OF REMOVAL PAPERS

9. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of Removal to all parties in this action and will file a copy of this Notice of Removal in the Superior Court of Walton County, Georgia. Attached as *Exhibit B* is a copy of *Defendant's Notice of Removal to Federal Court*, which is being filed in the Superior Court of Walton County, Georgia.

WHEREFORE, Defendant respectfully requests that the above-described action pending in the Superior Court of Walton County, Georgia be removed to this Court.

This 21st day of November, 2025.

*s/Terri R. Stewart*
Terri R. Stewart

- 4 -

        Georgia Bar No. 244624
        tstewart@fisherphillips.com
        Myra K. Creighton
        Georgia Bar No. 195660
        mcreighton@fisherphillips.com
        David Lerner
        Georgia Bar No. 853678
        dlerner@fisherphillips.com

        FISHER & PHILLIPS LLP
        1230 Peachtree Street NE, Suite 3300
        Atlanta, Georgia 30309
        Telephone: (404) 231-1400
        Facsimile: (404) 240-4249

        *Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| ASHAUNTE LEKORI HOWARD, | ) |
| Plaintiff, | ) Civil No. _____ |
| v. | ) Removed from the State Court of |
| | ) Walton County, Georgia |
| WAL-MART STORES EAST, LP, | ) Case No. SUCV2025001768 |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that I have this 21st day of November, 2025, served the foregoing Defendant's Notice of Removal by electronic mail and First Class U.S. mail, postage pre-paid, upon the following:

        Adam M. Cain
        Law Offices of Adam M. Cain, LLC
        297 Prince Avenue
        Suite 24
        Athens, GA 30601
        Telephone: 706-206-7310
        E: amcain@adamcainlaw.com

        *Attorney for Plaintiff*

- 6 -

        *s/Terri R. Stewart*
        Terri R. Stewart
        FISHER PHILLIPS LLP